IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

STEPHEN A. DOWNS, SR.,                    )
                                          )        NO.  3:08-1045
            Plaintiff,                    )        JUDGE HAYNES
                                          )
v.                                        )
                                          )
ERIC K. SHINSEKI, Secretary,              )
Department of Veterans Affairs,           )
                                          )
            Defendant.                    )

## O R D E R

In accordance with the Memorandum filed herewith, the Plaintiff's motion to ascertain

status of Plaintiff's exhaustion of administrative remedies and jurisdiction request and

appointment of counsel (Docket Entry No. 34) is **DENIED** and this action is **DISMISSED**

**without prejudice** because this Court lacks jurisdiction and the Plaintiff has not exhausted his

administrative remedies.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the _____ day of June, 2009.

_____
WILLIAM J. HAYNES, JR.
United States District Judge